UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

THE INSURANCE COMPANY OF THE STATE
OF PENNSYLVANIA,

                Plaintiff(s),

-v-                                        No. 17-CV-6850-LTS- HBP

EQUITAS INSURANCE LIMITED,

                Defendant(s).
-------------------------------------------------------------X

## ORDER

The final pretrial conference scheduled for January 17, 2020, is rescheduled to **April 3, 2020, at 12:00 p.m.** in Courtroom 17C.

    SO ORDERED.

Dated:  New York, New York
            January 14, 2020

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              United States District Judge