UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

THE INSURANCE COMPANY OF THE
STATE OF PENNSYLVANIA,

      Plaintiff,

  -v-                                     No. 17 CV 6850-LTS-SLC

EQUITAS INSURANCE LIMITED,

      Defendant.

--------------------------------------------------------x

## ORDER

Pursuant to an October 10, 2018, Stipulated Order endorsed by the Court, the Court permitted the parties to refrain from filing their summary judgment papers publicly via ECF pending completion of the briefing so that the parties could then confer on whether redaction of any documents was necessary prior to public filing. (Docket Entry No. 18.) The Stipulated Order stated that after the Court makes its determination with respect to requests to redact and/or seal, "the parties will make any necessary modifications to the public set of papers and file them on ECF." (Id.) On January 17, 2019, the parties submitted a joint request that the Court permit limited redactions to two versions of a prior settlement agreement cited by both parties. (Docket Entry No. 22.) The parties made no other sealing or redaction requests. On January 23, 2019, the Court approved the request and directed the parties to file their memoranda and declarations with the two redacted exhibits on ECF. (Docket Entry No. 23.)

It has come to the Court's attention that a redacted version of Exhibit 17 to the Declaration of Sean Thomas Keely in Support of Defendant's Motion for Summary Judgment, dated October 15, 2018 (the "Keely Declaration"), which is an email chain from May 2014, has

been filed on ECF. (See Docket Entry No. 33-17.) The Court has not approved this redaction. Therefore, Defendant Equitas is instructed to immediately file an unredacted version of Exhibit 17 to the Keely Declaration on ECF and to deliver a courtesy copy to the Courthouse for Chambers by 3:00 pm on Friday February 21, 2020.

SO ORDERED.

Dated: New York, New York
February 19, 2020

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge