UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

THE INSURANCE COMPANY OF THE STATE
OF PENNSYLVANIA,

                  Plaintiff(s),

-v-                                         No. 17-CV-6850-LTS- HBP

EQUITAS INSURANCE LIMITED,

                  Defendant(s).
-------------------------------------------------------------X

## ORDER

The final pretrial conference scheduled for April 3, 2020, is rescheduled to **July 10, 2020, at 11:00 a.m.** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
         March 16, 2020

                                               /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              United States District Judge