UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

THE INSURANCE COMPANY OF THE STATE
OF PENNSYLVANIA,

                Plaintiff(s),

  -v-                                                No. 17-CV-6850-LTS- HBP

EQUITAS INSURANCE LIMITED,

                Defendant(s).
-------------------------------------------------------------X

### ORDER

The final pretrial conference scheduled for July 10, 2020, is rescheduled to **August 7, 2020, at 11:00 a.m.** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
        July 2, 2020

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                United States District Judge