UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,

          Plaintiff,

-v-

EQUITAS INSURANCE LIMITED,

          Defendant.

CIVIL ACTION NO.: 17 Civ. 6850 (LTS) (SLC)

**SEALING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Letter at ECF No. 73, the Clerk of Court is respectfully directed to SEAL the documents at ECF Nos. 27-3 and 33-20, making those filings only available to the Court and the parties in this action.

Dated:     New York, New York
            August 31, 2020

                                      SO ORDERED

                                      _____
                                      SARAH L. CAVE
                                      **United States Magistrate Judge**