UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE INSURANCE COMPANY OF THE
STATE OF PENNSYLVANIA,

                    Plaintiff,

     v.

EQUITAS INSURANCE LIMITED,

                    Defendant.

Case No. 17-cv-6850(LTS)(HBP)

[PROPOSED] JUDGMENT       LTS

      Whereas on July 16, 2020, this Court, the Honorable Laura Taylor Swain, United States District Judge, issued a Memorandum Opinion and Order (Dkt. # 62) granting Plaintiff's motion for summary judgment in its entirety, finding that Plaintiff is entitled to $7,234,125 plus prejudgment interest running from the date on which payment was due.  The Court thereafter received briefing from the parties concerning the appropriate rate of prejudgment interest.  The Court determined that Plaintiff is entitled to judgment in the amount of $7,234,125, plus prejudgment interest on a simple, per annum basis, accruing at the prevailing U.S. Prime Rate in effect at various points during the period between November 2, 2016 and the date of this Judgment, and directed the Clerk of Court to enter judgment in favor of Plaintiff in that amount.  It is therefore

      **ORDERED, ADJUDGED and DECREED:**  Plaintiffs are entitled to judgment in the amount of $7,234,125, plus prejudgment interest in the amount of $[1,250,597.81], for a total judgment of $[8,484,722.81], and judgment is hereby entered in favor of Plaintiffs in that amount.   LTS

      Pursuant to Federal Rule of Civil Procedure 54(d)(2), any motion for nontaxable costs, fees and expenses shall be made within 14 days of the entry of this judgment.

1

2

Dated:  New York, New York
        September 15, 2020

                                            /s/Laura Taylor Swain, USDJ