# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

THE INSURANCE COMPANY OF THE STATE
OF PENNSYLVANIA,

                Plaintiff,                17 **CIVIL** 6850 (LTS) (SLC)

       -against-                    **JUDGMENT**

EQUITAS INSURANCE LIMITED,

                Defendants.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 5, 2021, the Court has reviewed carefully Magistrate Judge Cave's thorough and well-reasoned Report and Recommendation and finds no clear error. The Court therefore adopts the Report in its entirety for the reasons stated therein. Accordingly, ICSOP's motion for attorney's fees is denied.

**Dated:**  New York, New York
           August 5, 2021

                                                            **RUBY J. KRAJICK**

                                                             Clerk of Court

                                            BY:

                                                              Deputy Clerk