# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of August, two thousand twenty-one.

_____

The Insurance Company of the State of Pennsylvania,

      Plaintiff - Appellee,

v.

Equitas Insurance Limited,

      Defendant - Appellant.

_____

**ORDER**

Docket No. 20-3559

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 16, 2021
```

On October 26, 2020, the Court issued a Fed. R. App. P. 4(a)(4) stay due to a pending motion for attorney's fees in the district court. On August 5, 2021, the district court denied the motion for attorney's fees and issued a final judgment. Upon consideration thereof,

IT IS HEREBY ORDERED that the stay of the appeal is lifted. Within 14 days of the date of this order, Appellant is directed to file Form C, Form D, and an Acknowledgment and Notice of Appearance form.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/16/2021